

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Reply to Southern Division Address    David E. Ciambruschini, Chief Deputy

September 30, 2021

In re:   Jennifer R. Scott v. Merck & Co., Inc.
         Civil Action No. DKC 09-3271

Dear Counsel,

I have been contacted by Judge Chasanow who presided over the above-mentioned case in late 2012 and early 2013, after the remand from the Fourth Circuit. Judge Chasanow informed me that it has been brought to her attention that while she presided over the case she was a trustee for a family trust that owned stock in Merck & Co., Inc. The ownership of stock by the Trust neither affected nor impacted her decisions in this case. However, the stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Chasanow directed that I notify the parties of the conflict. Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With Advisory Opinion 71 in mind, you are invited to respond to Judge Chasanow's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before October 15, 2021. Any response will be considered by another judge of this court without the participation of Judge Chasanow.

Sincerely,

/s/

Catherine M. Stavlas
Clerk of Court